JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, | Case No. ED CV 21-1807 FMO (KKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NK INVESTMENT LP, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 14th day of December, 2021.

/s/
Fernando M. Olguin
United States District Judge